# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Courtney S Caraway | ) | Case no. 18-21222 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge:  A. Benjamin Goldgar |
| | ) | |

## NOTICE OF OBJECTION

Please take notice that Glenn Stearns, Chapter 13 Trustee objects to the Debtor's motion to incur debt docket # 32.

1. Debtor is in default in plan payments in the amount of $1,958 (2.1 months).

2. Debtor's amended Schedule J filed 01/22/19 (Doc 27) included $505 for a car payment the debtor has not made for 18 months; that money should have been available for unsecured creditors.

/s/ Glenn Stearns
For:  Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888