UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-21222
COURTNEY CARAWAY  )
 )
 )  Chapter: 13
 )  Honorable A. Benjamin Goldgar
 )
 )  Lake County
Debtor(s)  )

### ORDER GRANTING MOTION TO INCUR DEBT AND MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtor's Motion to Incur Debt is granted.

2) The Debtor is granted leave to obtain financing for $35,155.76, at an annual percentage rate of up to 10.5% for a 2017 Infiniti QX30 or similar vehicle.

3) The Debtor's plan payment to the trustee is increased to $1,177.00 per month. The plan base is increased to $26,908.00. These plan modifications are allowed in the absence of notice and a hearing under section 1329 only because they benefit creditors, and no creditor could conceivably object.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: August 07, 2020

**Prepared by:**

Michael R. Colter, II - ARDC #6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
mcolter@davidmsiegel.com